FILED'10 MAY 21 10:30USDC-ORP

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF OREGON**

**PORTLAND DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>**Plaintiff,**<br>**v.**<br>**STEVEN GABRIEL MOOS,**<br>**Defendant.** | **CR No. 04-243 HA**<br>**ORDER APPOINTING COUNSEL** |

IT IS ORDERED that the Federal Public Defender is appointed as counsel for Steven Gabriel Moos pursuant to the provisions of 18 U.S.C. § 3006A.

DATED this 21 day of May, 2010.

Honorable Donald C. Ashmanskas
United States Magistrate Judge

PRESENTED BY:

Steven T. Wax/Stephen R. Sady
Federal Public Defender