Steven T. Wax, OSB #85012
Federal Public Defender
101 SW Main Street, Suite 1700
Portland, Oregon  97204
Tel:   503-326-2123
Fax:   503-326-5524
steve_wax@fd.org

**Attorney for Defendant**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CR 04-243 HA |
| Plaintiff, | |
| v. | NOTICE OF REASSIGNMENT OF FEDERAL PUBLIC DEFENDER |
| **STEVEN GABRIEL MOOS,** | |
| Defendant. | |

Please be advised that the above-captioned case has been reassigned from Federal Public Defender Steven T. Wax to Chief Deputy Federal Public Defender Stephen R. Sady.

Respectfully submitted May 21, 2010.

　　　　　　　　　　　　　　　　　　　　　　　/s/ Steven T. Wax
　　　　　　　　　　　　　　　　　　　　　　　Steven T. Wax
　　　　　　　　　　　　　　　　　　　　　　　Federal Public Defender

PAGE 1.    NOTICE OF REASSIGNMENT OF FEDERAL PUBLIC DEFENDER