**DWIGHT C. HOLTON, OSB No. 09054**
United States Attorney
District of Oregon
**MICHELLE H. KERIN, OSB No. 965278**
Assistant United States Attorney
1000 SW Third Avenue, Suite 600
Portland, OR  97204-2902
Telephone:  (503) 727-1000
Facsimile: (503) 727-1117
michelle.kerin@usdoj.gov
          Of Attorneys for United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | 04-CR-243-HA |
| v. | NOTICE OF APPEARANCE OF ASSISTANT UNITED STATES ATTORNEY |
| STEVEN GABRIEL MOOS, | |
| Defendant. | |

The United States of America, by Dwight C. Holton, United States Attorney for the District of Oregon, through Michelle Holman Kerin, Assistant United States Attorney for the District of Oregon, advises the court that AUSA Kerin has been assigned to assist in the above captioned case as co-counsel.  Allan M. Garten remains lead counsel in this case.

Dated this 8th day of October, 2010.

Respectfully submitted,

DWIGHT C. HOLTON
United States Attorney
District of Oregon

 /s/ Michelle H. Kerin
MICHELLE H. KERIN
Assistant United States Attorney