FBI/DEA

# UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

UNITED STATES OF AMERICA

V.

STEVEN GABRIEL MOOS

**WARRANT FOR ARREST**

Case Number: CR. 04-243 HA

To: The United States Marshal
or any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest <u>STEVEN GABRIEL MOOS</u>

and bring him or her forthwith to the nearest magistrate to answer a(n)

<u>X</u> Indictment  _ Information  _ Order of Court  _ Violation Notice  _ Probation Violation Petition

charging him or her with: CAUSING INTRODUCTION OF MISBRANDED DRUGS INTO INTERSTATE COMMERCE; FALSE STATEMENT TO GOVERNMENT AGENCY; OBTAINING CONTROLLED SUBSTANCES BY MISREPRESENTATION

in violation of Title <u>21</u> United States Code, Section(s) <u>331(a),333(a)(2), 18 USC 1001 and 18:2; 21 USC 843(a)(3)</u>

Donald M. Cinnamond
Name of Issuing Officer

Signature of Issuing Officer
J. Raun, Deputy Clerk

<u>Clerk, US District Court</u>
Title of Issuing Officer

<u>June 3, 2004, Portland, Oregon</u>
Date and Location

**Bail fixed at $ <u>Detention Requested</u>**

by <u>JANICE M. STEWART, MAGISTRATE JUGE</u>
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| Date Received | Name and Title of Arresting Officer U.S. Marshal | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest | By | |