FILED'10 OCT 13 1458USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 04-243 HA |
| Plaintiff, | ORDER AUTHORIZING MOTION FOR AUTHORIZATION TO INSPECT AND COPY PROPERTY |
| v. | |
| STEVEN GABRIEL MOOS, | |
| Defendant. | |

This matter, having come before the Court upon the defendant's unopposed Motion for Authorization to Inspect and Copy Property,

IT IS HEREBY ORDERED that the Multnomah County Sheriff's office and any other custodian of property purported to have been seized from Steven Gabriel Moos in connection with his arrest shall forthwith make the property

PAGE 1.   ORDER AUTHORIZING MOTION FOR AUTHORIZATION TO INSPECT AND COPY PROPERTY

available for inspection, copying, and return to the sheriff's custody.

SO ORDERED this 13 day of October, 2010.

                                    Honorable Ancer L. Haggerty
                                    United States District Court Judge

Presented by:

/s/ Stephen R. Sady
Stephen R. Sady
Chief Deputy Federal Public Defender

PAGE 2.   ORDER AUTHORIZING MOTION FOR AUTHORIZATION TO INSPECT AND COPY PROPERTY