**Stephen R. Sady, OSB #81099**
**Chief Deputy Federal Defender**
**101 SW Main Street, Suite 1700**
**Portland, OR  97204**
**Tel: (503) 326-2123**
**Fax: (503) 326-5524**
**Email: Steve_Sady@fd.org**

**Attorney for Defendant**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | No. CR 04-243-HA |
| PLAINTIFF, | UNOPPOSED MOTION TO CONTINUE TRIAL DATE |
| vs. | |
| **STEVEN GABRIEL MOOS,** | |
| DEFENDANT. | |

  Defendant Steven Gabriel Moos, through his attorney, Stephen R. Sady, moves this Court to continue the trial in the above-entitled case, which is presently scheduled for Tuesday, December 14, 2020, for a period of approximately 14 days to Tuesday, December 28, 2010, or a date thereafter convenient to the Court.  This motion is made based on the need

**Page 1   UNOPPOSED MOTION TO CONTINUE TRIAL DATE**

for time to resolve issues with discovery, and prepare pre-trial motions. No continuances have been sought by the defense. This motion is unopposed by Assistant United States Attorney Michelle Kerin.

Mr. Moos acknowledges that this motion will result in excludable delay pursuant to Title l8, United States Code, Section 3l6l(h)(7)(A).

Respectfully submitted this 23rd day of November, 2010.

                                      */s/ Stephen R. Sady*
                                      Stephen R. Sady
                                      Attorney for Defendant