

UNITED STATES DISTRICT COURT
District of Oregon

# NOTICE OF JUDICIAL REASSIGNMENT

Date of Reassignment. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . January 10, 2011

Case Number. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . CR 04-243-KI

Case Title. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . USA v. Steven Gabriel Moos

**(A)** **Case Reassignment:** In accordance with the Court's Case Management Plan, the above captioned case has been reassigned from the Honorable Ancer L. Haggerty, Senior United States District Judge, to the Honorable Garr M. King, Senior United States District Judge. Information on this case may be obtained from the following:

        Courtroom Deputy:    Mary Austad
                                        Telephone: (503) 326-8034
                                        email: mary_austad@ord.uscourts.gov

        Docket Information:    Patricia Scheneman
                                        Telephone: (503) 326-8030
                                        email: patricia_scheneman@ord.uscourts.gov

**(B)** **Place of Filing:** Unless electronically filed, an original and copy of all documents will be filed with the Clerk's Office, US District Court in Portland, 740 Mark O. Hatfield United States Courthouse, 1000 S.W. Third Avenue, Portland, Oregon 97204.

**(C)** **Change to the Case Number:** Effective immediately, Judge King's initials (KI) will replace the previous judge's initials in this case.

                                                                 **MARY L. MORAN,**
                                                                  **Clerk of Court**

cc:    Judge King
       Counsel of Record

**Revised August 20, 2006**                                                              **Case Reassignment Notice**