PROB 12B
(Rev. 09/03)

UNITED STATES DISTRICT COURT

for

DISTRICT OF OREGON

PETITION AND ORDER
FOR MODIFICATION OF
CONDITIONS OF
SUPERVISED RELEASE

U.S.A. vs. STEVEN GABRIEL MOOS            FILED 08 JUN '12 15:13 USDC-ORP        Docket No. 0979 3:04CR00243-001-KI

### Petition on Probation and Supervised Release

COMES NOW KIMBERLY KING, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Steven Gabriel Moos, who was convicted of False Claims and Statements and placed on supervision by The Honorable Garr M. King sitting in the court at Portland, Oregon, on the 18th day of April, 2011. Defendant was sentenced to time served, to be followed by a 3-year term* of supervised release, and the general terms and conditions theretofore adopted by the court were imposed.

*Term of supervised release commenced on April 18, 2011.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Steven Moos' instant offense involved him importing drugs from China which were labeled as vitamin supplements, Predisone or blood pressure medication, but were in fact misbranded to appear to be Viagra medication. He also imported misbranded human growth hormone that was not legitimately manufactured or packaged. He did all of this in the capacity of a doctor who was licensed to practice medicine in the state of Oregon. He prescribed Viagra to customers over the Internet without following proper medical standards of care.

Since Moos' release from custody, he has only worked for a few months in a temporary position with his brother's company doing mechanical work on boats. Moos has a special condition of supervision that his employment is subject to the approval of the probation officer. Moos is now proposing to own his own business with an online Ebay store, with his business centering around collectibles, such as vintage clocks and toys. This is a business he started without prior permission. In order for us to allow him to employ himself in such manner, we believe it is necessary to have some further financial conditions added to his supervision. These conditions would allow us to monitor his Ebay business, and to show it is legitimate and appropriately maintained for the purpose that his employment has been approved for. In addition to these conditions, we will require Moos to sign a contract that he will only sell the above mentioned items and provide any necessary business documentation upon request. Moos has agreed to modify his conditions of supervision as evidenced by his signature on the attached Waiver of Hearing form.

**PRAYING THAT THE COURT WILL ORDER** upon consideration of factors set forth in 18 USC § 3553(a), that defendant's conditions of supervised release be modified to include the following special conditions: 1) The defendant shall maintain a single checking account and/or savings account in his/her name. Defendant shall deposit into this account all income, monetary gains or other pecuniary proceeds, and make use of this account for payment of all personal expenses. All other accounts must be disclosed to the probation officer; and 2) The defendant shall maintain proper debit, credit, and receipt ledgers for all business transactions. These records shall be made available as requested by the probation officer.

Respectfully,

_____
Kimberly King
U.S. Probation Officer  SUSPO

Place: Portland, Oregon

Date: June 8, 2012

### ORDER OF THE COURT

Considered and ordered this __8th__ day of June, 2012, and ordered filed and made a part of the records in the above case.

_____
The Honorable Garr M. King
Senior U.S. District Judge

KK/sa/34204                Page 1 of 1

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON—PROBATION OFFICE

WAIVER OF HEARING TO MODIFY CONDITIONS
OF PROBATION/SUPERVISED RELEASE

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release.

The defendant shall maintain a single checking account and/or savings account in his/her name. Defendant shall deposit into this account all income, monetary gains or other pecuniary proceeds, and make use of this account for payment of all personal expenses. All other accounts must be disclosed to the probation officer.

The defendant shall maintain proper debit, credit, and receipt ledgers for all business transactions. These records shall be made available as requested by the probation officer.

Witness: _____
U.S. Probation Officer

Signed: _____
Steven Moos
Supervised Releasee

Date: 6/6/12